# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BERGER, | Case No.: 2:21-cv-02627-CBM-AGR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NEXUS BUSINESS SERVICES, LLC, | JS6 |
| Defendant. | |

Consistent with the Court's Order re: Plaintiff's Motion for Entry of Default Judgment Against Defendant Nexus Business Services, LLC, judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of Noah Berger and against Defendant Nexus Business Services, LLC in the amount of $30,000 in damages, $2,400 in attorney's fees, and $482 in costs.

DATED: March 28, 2022.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE